UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

OSHEA ROBERTS,

    Plaintiff,

vs.

GRACEWORKS ENHANCED LIVING,

    Defendant.

Case No. 3:21-cv-184

District Judge Michael J. Newman
Magistrate Judge Sharon L. Ovington

---

### ORDER: CONDITIONALLY DISMISSING THIS CASE

---

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that either party may, upon good cause shown within 45 days, reopen the action if settlement is not consummated. All forthcoming deadlines are hereby **VACATED.**

    **IT IS SO ORDERED.**

Date:   December 21, 2021                        s/Michael J. Newman
                                                               Hon. Michael J. Newman
                                                               United States District Judge