UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| OSHEA ROBERTS | * | Case No. 3:21-cv-00184 |
| Plaintiff | * | |
| vs. | * | JUDGE MICHAEL J. NEWMAN |
| GRACEWORKS ENHANCED LIVING | * | |
| | * | STIPULATION OF DISMISSAL WITH |
| Defendant | * | PREJUDICE |

_____

Pursuant to Fed. Civ. R. 41(a)(1)(A)(ii), the parties in this action stipulate that the Complaint in this matter is dismissed with prejudice. Plaintiff will bear the court costs.

Dated this 7th day of February, 2022.

Respectfully submitted,

/s/ Emily J. Gelhaus
Emily J. Gelhaus (0076454)
Jackson Lewis P.C.
201 E. Fifth Street, 26th Floor
Cincinnati, OH 45202
(513) 873-2114
Emily.gelhaus@jacksonlewis.com

Trial Attorney for Defendant

/s/ Brianna R. Carden
Brianna R. Carden (0097961)
THE SPITZ LAW FIRM, LLC
Spectrum Office Tower
11260 Chester Road
Cincinnati, OH 45246
(216) 291-0244 ex. 181
brad@gibsonemploymentlaw.com
Brianna.Carden@SpitzLawFirm.com

Trial Attorney for Plaintiff